UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-154 |
| | ) | (Jordan / Guyton) |
| TASHA BENJAMIN | ) | |
| | ) | |
| Defendant. | ) | |


**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This case came before the Court for a hearing on March 28, 2007, on the government's identical Motion for Joinder made in two cases involving Billy Floyd Leasure [3:06-CR-153, Doc. 24] and [3:06-CR-154, Doc. 41], filed March 27, 2007. Mr. Leasure was charged in case number 3:06-CR-154 with two co-defendants, Tasha Benjamin and Hobart Lynn Mitchell.

At the hearing, this Court denied the government's Motion for Joinder, as filed in both cases [3:06-CR-153, Doc. 24] and [3:06-CR-154, Doc. 41] and afterward entered a Memorandum and Order to that effect [Doc. 43.] Co-defendant Tasha Benjamin entered a change of plea before the district court on March 29, 2007, as the government indicated was anticipated at the time of the joinder hearing.

1

The Court finds that the Motion for Joinder **[Doc. 41]** of the indictment including

Ms  Benjamin has been **DENIED** and, furthermore, is now moot.


**IT IS SO ORDERED.**

ENTER:


_____s/ H. Bruce Guyton_____
United States Magistrate Judge